In Re: )
 ) Case No. 22-80045
Goforth, Richard Dean )
Goforth, Gayle Lynn ) Chapter 7
 )
 Debtors. )

## MOTION FOR AUTHORITY TO SELL PROPERTY
## (MINERALS AND/OR ROYALTY)
## OF THE ESTATE  AND NOTICE OF PROPOSED SALE

COMES NOW Charles Greenough, Trustee, by and through his attorneys, McAfee & Taft, and for his Motion for Authority to Sell Property (Minerals and/or Royalty) of the Estate and Notice of Proposed Sale, states as follows:

1. The Debtors filed their Voluntary Chapter 7 Petition on January 31, 2022, in the Eastern District of Oklahoma.

2. The Bankruptcy Estate contains certain minerals and/or royalty interests associated therewith, including without limitation those with the following description:

a) Mineral rights in Sections 26, 31, 32 and 35, all in T13N-R6E, Lincoln County, Oklahoma;

b) Mineral rights in Sections 31 and 32, T11N-R6E, Seminole County, Oklahoma;

c) Mineral rights in Section 6, T10N-R6E, Seminole County, Oklahoma

(the "Minerals").

It is the intent of the Trustee to sell all mineral and/or royalty properties of the Estate, including without limitation, those described above.  The Trustee proposes to sell the Minerals at public sale upon proper notice.

3. The Trustee desires to sell the Minerals and requests the Court enter an Order authorizing him to sell the Minerals.

4. Notice is hereby given to all interested parties that Trustee herein, pursuant to Bankruptcy Rules 2002 (a)(2) and 6004 (a)(e)(1), proposes to sell, other than in the ordinary course of business, the Minerals as herein described.

5. The Minerals will be sold at public auction by Dakil Auctioneers, Inc., on June 20, 2023, at 10:00 A.M. at 200 N.W. 114th St., Oklahoma City, Oklahoma.

6. The Trustee submits that this public sale is in the best interest of the Estate.

WHEREFORE, the Trustee applies to the Court for an Order authorizing him to auction the Minerals on June 20, 2023. Notice of the proposed auction is hereby given to all interested parties.

*s/ Charles Greenough*
Charles Greenough, OBA #12311
McAfee & Taft a Professional Corporation
2 W. 2nd St., Suite 1100
Tulsa, OK 74103
Phone: (918) 587-0000
Fax: (918) 574-3105
charles.greenough@mcafeetaft.com